IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 08-30253-GPM |
| CATHARINE L. MILLER, | ) ) ) |
| Defendant. | ) |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant, Catharine L. Miller, pleaded guilty to Count One of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **Monday, July 13, 2009, at 8 a.m.**, at the East St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: 4/20/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge